**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-81000-CIV-MAYNARD**

**SANTIAGO CAIRO,**

**Plaintiff,**

**v.**

**GREGORY GERBASI, *et al.*,**

**Defendants.**
**_______________________________________/**

**ORDER RE: CONSENT TO MAGISTRATE JUDGE JURISDICTION AND OPT-OUT PROCEDURES**

United States Magistrate Judges in the Southern District of Florida have a wide range of experience in all types of civil matters filed in our Court. Pursuant to Administrative Order 2025-11, the undersigned United States Magistrate Judge has been assigned as the presiding Judge for all purposes in this civil case involving a non-prisoner *pro se* litigant, including conducting all proceedings, entering all orders, presiding over any trial, and entering a final judgment. As stated in the Administrative Order:

> Any party who objects to the assignment of a Magistrate Judge as the presider may opt out by filing a motion for case reassignment within the deadline given to the parties by the assigned Magistrate Judge. Upon receipt of an order granting the motion for reassignment, the Clerk will randomly reassign the case to a District Judge following the Court's standard civil case assignment procedures, keeping the original Magistrate Judge assigned to the case.

Administrative Order 2025-11 (S.D. Fla. Mar. 3, 2025), available at: https://www.flsd.uscourts.gov/sites/flsd/files/adminorders/2025-11.pdf.

In accordance with 28 U.S.C. § 636(c), Federal Rule Civil Procedure 73, and Administrative Order 2025-11, the parties may waive the right to proceed before a United States District Judge of

this Court and voluntarily consent to have a United States Magistrate Judge conduct any or all proceedings in this case and to order the entry of a final judgment.

Consent streamlines the legal process because the legal standard of review is identical at all levels in the judicial review process. If the parties consent to have the case handled by a United States Magistrate Judge, the undersigned Magistrate Judge will conduct all proceedings, enter orders, preside over any trial, and enter a final judgment in due course. Any appeal of that judgment must be taken directly to the Eleventh Circuit Court of Appeals. If, on the other hand, any party files a motion for case reassignment, a United States District Judge will be assigned to preside over this case (including any trial) and enter any dispositive Order and final judgment. The undersigned United States Magistrate Judge will remain on the case and will enter any orders and/or reports and recommendations on referral by the District Judge.

Consent to Magistrate Judge jurisdiction is voluntary. It is up to the parties whether to consent or file a Motion for Case Reassignment. Any party is free to withhold consent without any adverse consequences whatsoever and to request that this case be reassigned to a United States District Judge.

**ACCORDINGLY**, **BY OR BEFORE WEDNESDAY, OCTOBER 21, 2026,** all parties who have appeared shall confer regarding the option of consenting to Magistrate Judge Jurisdiction and, after conferring, the parties shall file either (1) a notice of consent to continued Magistrate Judge jurisdiction[1] or (2) a Motion for Case Reassignment to a District Judge. If the parties file a Motion for Case Reassignment, the Motion should (a) state that at least one party objects to the assignment of a United States Magistrate Judge as the presider and (b) request that this case be randomly reassigned to a United States District Judge. However, the Motion need not state which party or parties object(s) to the assignment of a United States Magistrate Judge as the presider.

[1] A sample consent form is available at: https://www.flsd.uscourts.gov/forms/consent-proceed-united-states-magistrate-judge-0.

Further, in the event the parties consent to Magistrate Judge jurisdiction, if any additional party appears after the parties have filed a notice of consent, within fourteen (14) days of the appearance of that additional party, that party must file either (1) a joinder in the consent to Magistrate Judge jurisdiction or (2) a Motion for Case Reassignment to a District Judge that states that the movant objects to the assignment of a United States Magistrate Judge as the presider and requests that this case be randomly reassigned to a United States District Judge.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 29th day of September, 2026.

SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE